**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

UARON MASON, ADC #100269                                                      PLAINTIFF

v.                                    No. 1:13CV00071 JLH-JTK

EDWARD HARRISON, *et al*.                                                      DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants Harrison and Hobbs are DISMISSED from this action, without prejudice.

IT IS SO ORDERED this 17th day of September, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE