## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

UARON MASON,                                                                              PLAINTIFF
ADC #100269

v.                                    1:13CV00071-JLH-JTK

EDWARD HARRISON, et al.                                       DEFENDANTS

### **ORDER**

Plaintiff's Motion for Copies (Doc. No. 25) shall be re-docketed as a request for production from Defendant.

IT IS SO ORDERED this 25th day of October, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE