**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

UARON MASON,                                                                                    PLAINTIFF
ADC #100269

v.                                              1:13CV00071-JLH-JTK

EDWARD HARRISON, et al.                                                           DEFENDANTS

**ORDER**

This matter is before the Court on Plaintiff's Motion to Compel (Doc. No. 27), to which Defendant has responded (Doc. Nos. 28-29).

Plaintiff asks the Court to direct Defendant to more clearly respond to two interrogatories. The first, Interrogatory No. 3, asked for identification and production of all relevant documents. Defendant objected to this as overly broad and unduly burdensome, and requiring him to guess as to the relevancy of certain documents. In addition, copies of some documents, such as prison records, are not provided to inmates because of security concerns. The Court agrees with Defendant's objection, and finds that Plaintiff could more specifically narrow his requests, and/or submit a request to review his medical and institutional records.

In Interrogatory No. 4, Plaintiff asked Defendant to identify each document which will be introduced as an exhibit at trial. Defendant responded that he has not yet determined what exhibits will be used at trial, but will provide such information when required by the Court. Again, the Court agrees with Defendant. When this case is scheduled for a hearing or trial, an Order will set forth specific deadlines for the submission of exhibits and lists of witnesses. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Compel (Doc. No. 27) is DENIED.

IT IS SO ORDERED this 6th day of January, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE