**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

UARON MASON,                                                                                          PLAINTIFF
ADC #100269

v.                                        1:13CV00071-JLH-JTK

EDWARD HARRISON, et al.                                                                      DEFENDANTS

### ORDER

Plaintiff's Motion to Subpoena witness statements (Doc. No. 35) is DENIED without prejudice. If Plaintiff wishes to obtain statements from witnesses, he may request such from them, but the Court will not issue subpoenas for that purpose. In addition, Plaintiff will be provided an opportunity, if/when the case is set for a trial, in which to request that specific witnesses be subpoenaed to testify.

IT IS SO ORDERED this 16th day of January, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE