### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

UARON MASON,                                                                                       PLAINTIFF
ADC #100269

v.                                              1:13CV00071-JLH-JTK

EDWARD HARRISON; et al.                                                                DEFENDANTS

## ORDER

Plaintiff's Motion to Produce Evidence (Doc. No. 31) should be re-docketed as evidence in support of his complaint.

IT IS SO ORDERED this 29th day of January, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE