# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

UARON MASON,                                                                                             PLAINTIFF
ADC #100269

v.                                             1:13CV00071-JLH-JTK

EDWARD HARRISON; et al.                                                                          DEFENDANTS

## ORDER

Plaintiff's Motion to Produce Evidence (Doc. No. 31) should be re-docketed as evidence in support of his complaint.

IT IS SO ORDERED this 29th day of January, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1