**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

| | |
|---|---|
| UARON MASON, ADC #100269 | PLAINTIFF |
| v.   No. 1:13CV00071 JLH-JTK | |
| CLINTON BAKER, Sergeant, Grimes Unit, Arkansas Department of Correction | DEFENDANT |

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant's motion for summary judgment is GRANTED (Document #65), and plaintiff's complaint against defendant is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 15th day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE