**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

| | |
|---|---|
| UARON MASON, ADC #100269 | PLAINTIFF |
| v.   No. 1:13CV00071 JLH-JTK | |
| CLINTON BAKER, Sergeant, Grimes Unit, Arkansas Department of Correction | DEFENDANT |

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 15th day of July, 2014.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE